IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BENTON W. MILLER,<br><br>                Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation; ABDIKADIR MOHAMED, ABDINASIR DIRIE, and SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a Delaware limited liability company;<br><br>                Defendants. | 8:18-CV-568<br><br>ORDER |

      This matter comes before the Court on the Stipulation for Dismissal filed by cross-claimant Union Pacific Railroad Company ("Union Pacific") and joined by cross-defendants Swift Transportation Co. of Arizona, LLC, Abdinasir Dirie, and Abdikadir Mohamed ("Cross-Defendants"). [Filing 130](). Pursuant to these parties' agreement, the disputes pertaining only to property damages between them, as set forth in Union Pacific's Answer to Second Amended Complaint, Cross-Complaint and Demand for Jury Trial ([Filing 63]()) and Cross-Defendants' Answer to Cross-Complaint, Cross-Complaint and Demand for Jury Trial ([Filing 67]()) are dismissed with prejudice, each party to pay their own costs. Also pursuant to the parties' agreement, cross-claimant Union Pacific Railroad Company's claims against cross-defendants Swift Transportation Co. of Arizona, LLC, Abdinasir Dirie, and Abdikadir Mohamed remain.

      Dated this 27th day of August, 2020.

                                                      BY THE COURT:

                                                      _____
                                                      Brian C. Buescher
                                                      United States District Judge